```
1  Maria E. Quiroga
   Nevada State Bar Number: 13939
2  7935 W. Sahara Ave.
   Suite #103
3  Las Vegas, NV 89117
   (702) 972-8348
4  Maria@QuirogaLawOffice.com
   Attorney for Plaintiffs
5
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILFREDO YERO RODRIGUEZ and BACILIA MARIA GUTIERREZ XULA, | CASE NO. 2:23-cv-00701-GMN-MDC |
| Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE** |
| v. | |
| LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK, | NOTED WITHOUT ORAL ARGUMENT |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Wilfredo Yero Rodriguez and Bacilia Maria Gutierrez Xula, by and through their attorney, and the attorney for the Defendants, respectfully submit this Joint Stipulation for Dismissal of Case Without Prejudice.

At this time Defendants have adjudicated and approved what was requested in Plaintiffs' Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the

1  case without prejudice. The parties further agree that upon dismissal each party is to bear its own

2  fees and costs for litigation on this case.

3  Respectfully submitted on this 17th day of January 2024.

4

5

6  s/*Maria Quiroga*                                            s/ Richard T. Colonna
   Maria E. Quiroga                                              Richard T. Colonna
7  Nevada State Bar Number: 13939                                Assistant United States Attorney
   *Attorney for Plaintiffs*                                     *Attorney for the United States*
8

9

10  IT IS SO ORDERED.  The Clerk of Court is kindly requested to close the case.

11

12  _____
    UNITED STATES DISTRICT JUDGE

13  DATE: ___January 17, 2025_____

14

15

16

17

18

19

20

21

22

23

24

2